WILLIAM L. OSTERHOUDT (SBN 043021)
DOLORES T. OSTERHOUDT (SBN 215537)
Law Offices of William Osterhoudt
135 Belvedere Street
San Francisco, California 94117
Telephone (415) 664-4600
Facsimile (415) 664-4691
Email: osterhoudt@aol.com

Attorneys for Defendant,
REID KALLENBERG

IN THE UNITED STATE DISTRICT COURT,

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 09-0545 MMC |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER CONTINUING MOTIONS** |
| REID KALLENBERG, | ) **HEARING DATE AND** |
| Defendant. | ) **MODIFYING BRIEFING** |
| | ) **SCHEDULE** |
| | ) |
| | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, William L. Osterhoudt, attorney for Defendant Reid Kallenberg, and Assistant United States Attorney Brian Lewis, attorney for Plaintiff United States of America, that:

(1) The presently scheduled motions hearing date of September 16, 2009, be continued to Wednesday, September 30, 2009 at 2:30 p.m.;

(2) The United States' response to the Defendant's motion shall be due on September 16, 2009;

(3) The Defendant's reply shall be due on September 23, 2009; and

(4) The parties further stipulate and agree that time within which the trial of this matter must be commenced under the Speedy Trial Act shall continue to be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), for effective preparation and continuity of counsel because the

defendant's counsel is currently travelling out of the country.  Further, time will also be excluded under 18 U.S.C. § 3161(h)(1)(F), upon filing of the defendant's motion until the Court's resolution of that motion.

The reason for this request is that the parties require this time to confer about the case, and explore possible pretrial dispositions thereof.

**SO STIPULATED.**

Date: August 18, 2009                              /s/ William L. Osterhoudt_____
                                                                 WILLIAM L. OSTERHOUDT


Date: August 18, 2009                              /s/  Brian Lewis_____
                                                                 A.U.S.A. BRIAN LEWIS

## ORDER

Pursuant to Stipulation of the parties, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as the Court's Order., with the exception that the hearing on the motion is continued to October 21, 2009.

**IT IS ORDERED.**

Dated:  August 21, 2009

_____
HONORABLE MAXINE M. CHESNEY
United States District Court Judge