1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   Brian C. Lewis  (ILBN 6286715)
    Assistant United States Attorney
5       450 Golden Gate Ave., Box 36055
        San Francisco, California 94102
6       Telephone:  (415) 436-7200
        Fax: (415) 436-7234
7       E-Mail: brian.lewis@usdoj.gov

8   Attorneys for the United States of America

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13
    UNITED STATES OF AMERICA,          )      No. CR 09-0545 MMC
14                                      )
            Plaintiff,                  )       ORDER APPROVING
15                                      )
        v.                              )      STIPULATION TO VACATE BRIEFING
16                                      )      SCHEDULE AND TO SET THE
                                        )      SEPTEMBER 30, 2009 HEARING FOR A
    REID M. KALLENBERG,                 )      CHANGE OF PLEA
17                                      )
            Defendant.                  )
18  _____)

19

20          The parties now believe this matter will resolve by a plea agreement, and accordingly

21  hereby stipulate and respectfully request that the Court vacate the current briefing schedule on

22  defendant's motion to suppress and set the September 30, 2009 hearing for a change of plea.

23          IT IS SO STIPULATED.

24

25  DATED: September 16, 2009                      /s/
                                            _____
26                                          WILLIAM OSTERHOUDT
                                            Counsel for Reid M. Kallenberg

27

28

STIPULATION TO VACATE BRIEFING SCHEDULE

No. CR 09-545 MMC

1   DATED: September 16, 2009                    /s/
                                         BRIAN C. LEWIS
2                                        Assistant United States Attorney

3

4                          [PROPOSED] ORDER

5         In light of the parties' stipulation, the current briefing schedule on defendant's motion to

6   suppress is hereby vacated and the September 30, 2009 hearing is set for a change of plea.

7
          IT IS SO ORDERED.
8

9

10
    DATED: _September 18, 2009_
11                                       MAXINE M. CHESNEY
                                         United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO VACATE BRIEFING SCHEDULE
No. CR 09-545 MMC                           -2-